**1108**

In the Matter of George Walter Kings-
wood and Gerd Kingswood,
Bankrupts.

George Walter KINGSWOOD and Gerd
Kingswood, Appellants,

v.

Carlyle MICHELMAN, Trustee-
Appellee.

No. 72–2100.

United States Court of Appeals,
Ninth Circuit.

Oct. 17, 1974.

Stephen R. Wolfson (argued), Money-
maker & Wolfson, Los Angeles, Cal., for
appellants.

Joel K. Mithers (argued), Los Ange-
les, Cal., for trustee-appellee.

Before BARNES, KOELSCH and
ELY, Circuit Judges.

## OPINION ON REMAND

PER CURIAM:

Our original opinion in the subject
cause is reported at 470 F.2d 996 (case
2) (9th Cir. 1972). We based our brief
reversing opinion upon the opinion of a
District Court in a similar case, thought
by us to be well reasoned. In re Cedor,
337 F.Supp. 1103 (N.D.Cal.), aff'd 470
F.2d 996 (case 1) (9th Cir. 1972).

The Supreme Court has now reversed
our opinion. Michelman, Trustee, etc. v.
Kingswood, 418 U.S. 902, 94 S.Ct. 3191,
41 L.Ed.2d 1150 (1974). The Supreme
Court's mandate has now been received
by our court and recites that the cause
"is hereby, remanded to the United
States Court of Appeals for the Ninth
Circuit for further consideration in
light of Kokoszka v. Belford, 417 U.S.

642, 94 S.Ct. 2431, . . . ." 41 L.
Ed.2d 374 (1974).

We think that the District Court
should be allowed the first opportunity
for the further consideration required
by the Supreme Court. Accordingly, the
judgment of the District Court is re-
versed, and the cause is remanded to
the District Court for further proceed-
ings not inconsistent with Kokoszka v.
Belford, *supra*.

Thomas H. McMULLEN, Plaintiff-
Appellant,

v.

UNITED STATES of America et al.,
Defendants-Appellees.

No. 73–1387.

United States Court of Appeals,
Ninth Circuit.

Nov. 12, 1974.

William A. Fazio, Lawton, Christen-
sen, Fazio, McDonnell & Briggs, La
Habra, Cal., for plaintiff-appellant.

William D. Keller, U. S. Atty., Los
Angeles, Cal., for defendants-appellees.

Before CARTER, TRASK and GOOD-
WIN, Circuit Judges.

## OPINION

JAMES M. CARTER, Circuit Judge:

The judgment below is affirmed on
the basis of McMullen v. United States,
349 F.Supp. 1348 (C.D.Cal., 1972).